# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDI AHMED MOHAMED, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:18-cv-00331-LSC-HNJ |
| SCOTT HASSEL, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on May 27, 2020, recommending the court dismiss the petition as moot due to Petitioner's removal to Somalia on December 5, 2019.  (Doc. 10).  Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.  Accordingly, the petition is due to be dismissed.  The court will dismiss this matter by separate order.

---

[1] The report and recommendation, mailed to Petitioner at the Etowah County Detention Center, has been returned as undeliverable.  (Doc. 11).  Petitioner has not apprised the court of his current address.

1

**DONE** AND **ORDERED** ON JUNE 17, 2020.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704